UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| RIZALYN BAUTISTA, etc., et al. | CASE NO.: 03-21642-CIV-SEITZ/BANDSTRA |
| PAUL PERALTA, | CASE NO.: 03-21643-CIV-SEITZ/BANDSTRA |
| RAYMOND LOVINO, | CASE NO.: 03-21644-CIV-SEITZ/BANDSTRA |
| RONALDO MARCELINO, | CASE NO.: 03-21645-CIV-SEITZ/BANDSTRA |
| ROLANDO TEJERO, | CASE NO.: 03-21646-CIV-SEITZ/BANDSTRA |
| ABDI COMEDIA, | CASE NO.: 03-21647-CIV-SEITZ/BANDSTRA |
| CRISTINA L. VALENZUELA, etc., et al. | CASE NO.: 03-21648-CIV-SEITZ/BANDSTRA |
| MARILEN S. BERNAL, etc., et al. | CASE NO.: 03-21649-CIV-SEITZ/BANDSTRA |
| WILLY I. VILLANUEVA, etc., et al. | CASE NO.: 03-21650-CIV-SEITZ/BANDSTRA |
| MARIA GRACIA L. ROSAL, etc., et al. | CASE NO.: 03-21651-CIV-SEITZ/BANDSTRA |

Plaintiffs,

v.

NORWEGIAN CRUISE LINE, LTD.
and STAR CRUISES,

Defendants.
_____/

**PLAINTIFF'S RE-NOTICE OF RULE 30(b)(6) VIDEO-DEPOSITION**

Plaintiffs in the above-captioned matter request Defendant Norwegian Cruise Line, Ltd. to designate a representative(s) to testify with respect to the matters specified below, pursuant to Fed. R. Civ. P. 30(b)(6). Defendant Norwegian Cruise Line, Ltd. is specifically notified, pursuant to Fed. R. Civ. P. 30(b)(6), of its duty and obligation to make the requested designation of the representative(s) to testify on said Defendant's behalf.

DATE: Thursday, September 11, 2003.

TIME: 09:30 a.m.

LOCATION: Kozyak Tropin & Throckmorton, P.A.
Wachovia Financial Center, Suite 2800
200 South Biscayne Boulevard
Miami, Florida 33131



Plaintiffs will examine the designated representative(s) with most knowledge regarding the following matters presently placed in issue by Defendant's removal of these actions to federal court and by Defendant's motions to compel arbitration filed in each case:

1. As to each injured or deceased seaman whose claims are brought by Plaintiffs herein ("the subject seamen"):

    (a) the dates and locations the agreement to arbitrate upon which Defendant relies was negotiated; and

    (b) the participants in the negotiations.

2. The unions of which Defendants contend the subject seamen were members, including the dates the seamen joined the unions and any documents they signed reflecting their intent to join a union.

3. The Tripartite Working Group Defendant contends prepared the document containing the agreement to arbitrate upon which Defendants relied in removing these cases to federal court and moving to compel arbitration.

4. The persons or entities who represented Defendant Norwegian Cruise Lines or its interests either in the Tripartite Working Group or in drafting the document containing the agreement to arbitrate upon which Defendants relied in removing these cases to federal court and moving to compel arbitration.

5. Whether any individual Philippine seafarer has ever been allowed to negotiate the terms of his contract of employment with Defendant Norwegian Cruise Lines, whether directly or through its manning agencies;

6. Whether any individual Philippine seafarer, including the subject seafarers, has ever been allowed to negotiate the agreement to arbitrate upon which Defendants relied in removing these cases to federal court and moving to compel arbitration.

7. Whether any individual Philippine seafarer, including the subject seafarers, has ever been allowed to eliminate from his contract of employment the agreement to arbitrate upon which Defendants relied in removing these cases to federal court and moving to compel arbitration.

8. The names and addresses of any union representatives the Defendants claim represented the subject seafarers in negotiating

the agreement to arbitrate that the Defendants presently seek to enforce against the subject seafarers.

9. The names and addresses of any POEA representatives who participated in negotiating the agreements to arbitrate that the Defendants presently seek to enforce against the subject seafarers.

10. The circumstances under which the subject seafarers entered into contracts of employment with the Defendant Norwegian Cruise Lines.

11. The documents that were furnished to the subject seamen as their contracts of employment, and by whom, and when.

12. The manning agencies used by, or acting for, Defendant Norwegian Cruise Lines in connection with discussing the amended terms and conditions governing the employment of Filipino seafarer as referenced in Memorandum Circular No. 9 filed by Defendants with their motions to compel arbitration.

13. The procedures that were used by Defendant Norwegian Cruise Lines to comply with Paragraph 5 of Memorandum Circular No. 9 in connection with employing the subject seafarers, including the names, addresses and phone numbers of the persons who performed and complied with the procedures, and the dates, times, and locations the procedures were performed as to each seafarer.

Respectfully submitted,

William T. Huggett, Esquire
Jay Wingate, Esquire
THE HUGGETT LAW FIRM
66 W. Flagler Street, Suite 400
Miami, Florida 33130
Telephone: (305) 371-1321
Facsimile: (305) 539-0533
    -and-
Charles L. Lipcon, Esquire
LIPCON, MARGULIES & ALSINA
Two South Biscayne Boulevard
Suite 2480
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204

Harley S. Tropin, Esquire
Janet Humphreys, Esquire
KOZYAK TROPIN & THROCKMORTON
200 South Biscayne Boulevard, Suite 2800
Miami, Florida 33131
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
    -and-
Elizabeth K. Russo, Esquire
RUSSO APPELLATE FIRM, P.A.
6101 S.W. 76th Street
Miami, Florida 33143
Telephone: (305) 666-4660
Facsimile: (305) 666-4470

By /s/ _____
WILLIAM HUGGETT
Florida Bar No.: 094604

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Re-Notice of Rule 30(b)(6) Deposition has been sent by facsimile and by U.S. mail on this 10th day of September, 2003, to Curtis J. Mase, Esq., and Rachel S. Cohen, Esq., Mase & Gassenheimer, P.A., Counsel for Defendants, 80 S.W. 8th Street, Suite 2700, Miami, FL 33131; Facsimile: (305) 377-0080.

By: _____
WILLIAM HUGGETT
Florida Bar No.: 094604

cc: Klein Bury & Associates, Court Reporters & Videographer

## FAXBACK PROGRAM SERVICE LIST

Attorneys for Plaintiff
William T. Huggett, Esquire
Jay Wingate, Esquire
The Huggett Law Firm
66 W. Flagler Street, Suite 400
Miami, Florida 33130
Telephone: 305/371-1821
Facsimile: 305/539-0533

-and-

Elizabeth K. Russo, Esquire
Russo Appellate Firm
6101 S.W. 76th Street
Miami, Florida 33143
Telephone (305) 666-4660
Facsimile (305) 666-4470

-and-

Harley S. Tropin, Esquire
Janet Humphreys, Esquire
Kozyak Tropin & Throckmorton
200 South Biscayne Boulevard, Suite 2800
Miami, Florida 33131
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

-and-

Charles L. Lipcon, Esquire
Lipcon, Margulies & Alsina
Two South Biscayne Boulevard
Suite 2480
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204

Attorneys for Defendant
Curtis J. Mase, Esquire
Mase & Gassenheimer, P.A.
80 S.W. 8th Street, Suite 2700
Miami, Florida 33131
Telephone: 305/377-3770
Facsimile: 305/377-0080