NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SEP 2 2 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| RIZALYN BAUTISTA, etc., et al. | CASE NO.: 03-21642-CIV-SEITZ/BANDSTRA |
| PAUL PERALTA, | CASE NO.: 03-21643-CIV-SETZ/BANDSTRA |
| RAYMOND LOVINO | CASE NO.: 03-21644-CIV-SEITZ/BANDSTRA |
| RONALDO MARCELINO | CASE NO.: 03-21645-CIV- SEITZ/BANDSTRA |
| ROLANDO TEJERO | CASE NO.: 03-21646-CIV-SEITZ/BANDSTRA |
| ABDI COMEDIA | CASE NO.: 03-21647-CIV-SEITZ/BANDSTRA |
| CRISTINA L. VALENZUELA, etc., et al. | CASE NO.: 03-21648-CIV-SEITZ/BANDSTRA |
| MARILEN S. BERNAL, etc., et al. | CASE NO.: 03-21649-CIV-SEITZ/BANDSTRA |
| WILLY I. VILLANUEVA, etc., et al. | CASE NO.: 03-21650-CIV-SEITZ/BANDSTRA |
| MARIA GRACIA L. ROSAL, etc., et al. | CASE NO.: 03-21651-CIV-SEITZ/BANDSTRA |

Plaintiffs

v.

STAR CRUISES and NORWEGIAN
CRUISE LINE, LTD.,

Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING TRANSCRIPT OF VIDEO DEPOSITION OF KJELL HARTNESS IN SUPPORT OF THEIR MOTION FOR REMAND AND IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

Plaintiff, by and through undersigned counsel, hereby gives notice to all parties of their filing of the enclosed transcript of the deposition of Kjell Hartness in support of their Motion for Remand and in opposition to Defendants' Motion to Compel Arbitration.

Respectfully submitted,

By: _____
Jerrold K. Wingate, Esquire
THE HUGGETT LAWFIRM
66 West Flagler Street
Suite 400
Miami, FL 33130

Harley S. Tropin, Esquire
KOZYAK TROPIN & THROCKMORTON
200 South Biscayne Boulevard
Suite 2800
Miami, FL 33131

THE HUGGETT LAWFIRM, 66 WEST FLAGLER STREET, 400 CONCORD BUILDING, MIAMI, FLORIDA 33130, 305 371-1821



-and-                                                    -and-

Charles L. Lipcon, Esquire                               Elizabeth K. Russo, Esquire
LIPCON, MARGULIES & ALSINA                               RUSSO APPELLATE FIRM, P.A.
Two South Biscayne Boulevard                             6101 S.W. 76th Street
Suite 2480                                               Miami, FL 33143
Miami, FL 33131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered and faxed on this 22nd day of Sept, 2003, to Curtis J. Mase, Esq., Counsel for Defendants, at Mase & Gassenheimer, P.A. 80th S.W. 8th Street, Suite 2700, Miami, FL 33130; Facsimile: (305) 377-0080.

                                        THE HUGGETT LAWFIRM
                                        Attorneys for Claimant,
                                        Suite 400, Concord Building
                                        66 West Flagler Street
                                        Miami, Florida 33130
                                        Telephone: (305) 371-1821

                                        By: _____
                                        Jerrold K. Wingate (FBN 928800)

## FAX-BACK PROGRAM SERVICE LIST

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Jerrold K. Wingate, Esq.<br>THE HUGGETT LAWFIRM<br>66 West Flagler Street<br>Suite 400<br>Miami, FL 33130<br>Telephone: (305) 371-1821<br>Facsimile: (305) 539-0533 | Curtis J. Mase, Esq.<br>MASE & GASSENHEIMER, P.A.<br>80 S.W. 8th Street<br>Suite 2700<br>Miami, FL 33130<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080 |

Elizabeth K. Russo, Esq.
THE RUSSO APPELLATE FIRM
6101 S.W. 76th Street
Miami, FL 33143
Telephone: (305) 666-4660
Facsimile: (305) 666-4470

Harley S. Tropin, Esq.
KOZYAK TROPIN & THROCKMORTON
200 South Biscayne
Suite 2800
Miami, FL 33131
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Charles L. Lipcon, Esq.
LIPCON, MARGULIES & ALSINA
Two South Biscayne Boulevard
Suite 2480
Miami, FL 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204