# EXHIBIT AND WITNESS LIST

AO 187 (Rev. 4/82)

Respondent's

**Bautista, et al** vs. **Star & Norwegian Cruises**

**DISTRICT COURT:** SOUTHERN DISTRICT OF FLORIDA

**DOCKET NUMBER:** 03-21642-CV-S-13, 21643, 21644, 21645, 21646, 21647, 21648, 21649, 21650, 21651

**TRIAL DATE(S):** 4/28/04

**PLAINTIFF'S ATTORNEY:** Tom Scott, Michael Tein for Mr. Huggett

**DEFENDANT'S ATTORNEY:** Curtis Mase, Richard Lara, Rachel Cohen

**PRESIDING JUDGE:** TED E. BANDSTRA

**COURT REPORTER:** William Romanishin

**COURTROOM DEPUTY:** PATTY W. FITZPATRICK

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/28/04 | | | Copies of Correspondence - Emails |
| | 2 | | | | Mr. Capuyan's affidavit |
| | 3 | | | | Transcript 2-18-2004 |
| | 4 | | | | Transcript 3-24-2004 |
| | 5 | | | · | Response to motion to dismiss / request for Voluntary arbitration |
| | 6 | | | | Notice of Conferences |
| | 7 | | | | Minutes - Nat'l Conciliation & Mediation |
| | 8 | | | | Letter from Quimpo to Castillo (1/30/04) |
| | 9 | | | | Affidavit of Carazon Tejero |
| | 10 | | | | Affidavit of Christina Valenzuela |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.