*defendant/Respondent*

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

RIZALYN BAUTISTA, etc., et al.
PAUL PERALTA
RAYMOND LOVINO
RONALDO MARCELINO
ROLANDO TEJERO
ABDI COMEDIA
CRISTINA L. VALENZUELA, etc., et al.
MARILEN S. BERNAL, etc., et al.
WILLY I. VILLANEUVA, etc., et al.
MARCIA GRACIA L. ROSAL, etc., et al.

v.

STAR CRUISES and NORWEGIAN CRUISE LINE, LTD.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-21642-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21643-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21644-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21645-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21646-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21647-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21648-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21649-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21650-CIV-SEITZ/BANDSTRA
CASE NUMBER: 03-21651-CIV-SEITZ/BANDSTRA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Ted E. Bandstra | William Huggett, Esq. | Curtis J. Mase, Esq. |
| HEARING DATE(S) ~~March 28, 2004~~ 4/28/04 | COURT REPORTER William Romanishin | COURTROOM DEPUTY Patty Fitzpatrick |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Order Granting Plaintiffs' Unopposed Motion for an Order for Expedited Mediation |
|  | 2 | 4/28/04 |  | ✓ | Sun-Sentinel Article, "SS Norway victims, widows rejected $8.5 million settlement" |
|  | 3 | 4/28/04 |  | ✓ | The Bradenton Herald Article, "Families of killed cruise ship sailors sue for donated money" |
|  | 4 | 4/28/04 |  | ✓ | The Associated Press Article, "Judge orders cruise line to account for donations to families" |
|  | 5 |  |  |  | Affidavit of William Huggett, Esq. dated January 5th, 2004 |
|  | 6 |  |  |  | October 8, 2003 correspondence from Curtis J. Mase, Esq. to William Huggett, Esq. (Redacted  version 1) |
|  | 7 |  |  |  | October 8, 2003 correspondence from Curtis J. Mase, Esq. to William Huggett, Esq. (Redacted  version 2) |
|  | 8 | 4/28/04 |  | ✓ | October 8, 2003 correspondence from Curtis J. Mase, Esq. to William Huggett, Esq. |
|  | 9 | " |  | ✓ | February 12, 2004 correspondence from William Huggett, Esq. to Domingo G. Castillo, Esq. |
|  | 10 | " |  | ✓ | Affidavit of Marilen Bernal dated February 18, 2004 |
|  | 11 | " |  | ✓ | Affidavit of Maria Gracia L. Rosal dated February 18, 2004 |
|  | 12 | " |  | ✓ | February 16, 2004 correspondence from Domingo G. Castillo, Esq. to Atty Joseph Capuyan |
|  | 13 | " |  | ✓ | February 24, 2004 correspondence from William Huggett, Esq. to Domingo G. Castillo, Esq. |
|  | 14 | " |  | ✓ | March 15, 2004 correspondence from Joseph Capuyan, Esq. to Domingo G. Castillo, Esq. |
|  | 15 | " |  | ✓ | Affidavit of Domingo Castillo + attachments |
|  | 16 | " |  | ✓ | motion to dismiss |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size