CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 03-21642-CIV   Date 3/25/10
Clerk Cynthia Bulan   Reporter Patricia Sanders
In-Court Time 2 hrs 15 min

Pl. Atty. Miguel de la O, Ross Toyne, Nicolas Sakellis

Def. Atty. Scott Mebane, Richard Lara

Style: Bautista v. Star Cruises

Reason for Hearing Motion for Sanctions

Results of Hearing Order to follow

Misc.