# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2010

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

Appeal Number: 10-13049-FF
Case Style: Ross Brian Toyne v. Star Cruises, et al
District Court Docket No: 1:03-cv-21642-PAS

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mamendella York, FF
Phone #: (404) 335-6175

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 3 0 2010

JOHN LEY
CLERK

No. 10-13049-FF

RIZALYN BAUTISTA,
Individually and as Personal
Representative of the Estate of Mari-John
Bautista, and all claiming by and
through her,
et al.,

Plaintiffs,

ROSS BRIAN TOYNE,

Interested Party - Appellant,

versus

STAR CRUISES,
NORWEGIAN CRUISE LINES,

Defendants - Appellees.

----------------------------

On Appeal from the United States District Court for the
Southern District of Florida

----------------------------

BEFORE:   BARKETT and MARTIN, Circuit Judges.

BY THE COURT:

Appellant's unopposed motion for voluntary dismissal with prejudice, with

the parties to bear their own attorney's fees and costs, is GRANTED.